UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 01 C 6159 |
| | ) | |
| STANLEY TURNER, GAIL TURNER and | ) | Judge Lefkow |
| BRANDY TURNER, | ) | |
| | ) | |
| Defendants. | | |

**NOTICE OF MOTION**

To:   Edward J. Moran                      Brandy Turner
      Law Office of Edward J. Moran        3865 Guthrie
      5330 Three First National Plaza      East Chicago, Illinois 46312
      Chicago, Illinois 60602

PLEASE TAKE NOTICE that on Thursday, June 13, 2002 at 9:30 am at the opening of Court or as soon thereafter as counsel may be heard, I will appear before Judge Lefkow in the courtroom usually occupied by her in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in her place and stead, and then and there present **UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO DISMISS DEFENDANTS STANLEY AND GAIL TURNER** at which time and place you may appear, if you see fit.

                                       Respectfully submitted,

                                       PATRICK J. FITZGERALD
                                       United States Attorney

                                       By: _____
                                       KURT N. LINDLAND
                                       Assistant United States Attorney
                                       219 South Dearborn Street
                                       Chicago, Illinois 60604
                                       (312) 353-4163

AFFIDAVIT OF MAILING

STATE OF ILLINOIS    )
                     ) SS
COUNTY OF COOK       )

**DENEEN A. RAMSEY** being first duly sworn on oath deposes and says that she is employed in the Office of the United States Attorney for the Northern District of Illinois; that on the 5th day of June 2002, she placed a copy of **NOTICE OF MOTION and UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO DISMISS DEFENDANTS STANLEY AND GAIL TURNER and DEFAULT JUDGMENT** in a prepaid envelope addressed to each of the following named individuals and caused each envelope to be deposited in the United States mail chute located in the Everett McKinley Dirksen Building, Chicago, Illinois on said date at the hour of 5:00 p.m.

Edward J. Moran
Law Office of Edward J. Moran
5330 Three First National Plaza
Chicago, Illinois 60602

Brandy Turner
3865 Guthrie
East Chicago, Illinois 46312

_Deneen Ramsey_

SUBSCRIBED AND SWORN TO before me this, 5th Day of June, 2002

_Alfredia E. Nichols_
NOTARY PUBLIC

My Commission Expires: _____

"OFFICIAL SEAL"
ALFREDIA E. NICHOLS
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 9/20/2003

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
2002 JUN -5 AM 11:48
CLERK
U.S. DISTRICT COURT

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| Plaintiff, | ) |
| | ) No. 01 C 6159 |
| v. | ) |
| | ) Judge Lefkow |
| STANLEY TURNER, GAIL TURNER and BRANDY TURNER, | ) |
| | ) |
| Defendants. | ) |

DOCKETED
JUN 18 2002

## UNITED STATES' MOTION FOR ENTRY OF DEFAULT JUDGMENT AND TO DISMISS DEFENDANTS STANLEY AND GAIL TURNER

The United States of America, by PATRICK J. FITZGERALD, United States Attorney for the Northern District of Illinois, pursuant to Rule 55(b)(2), seeks entry of a default judgment for treble damages in the amount of $30,984 against defendant Brandy Turner, and to dismiss defendants Stanley and Gail Turner without prejudice and in support thereof states as follows:

1. On August 10, 2001, the United States of America filed a complaint against defendants Stanley and Gail Turner seeking damages under the False Claims Act, 31 U.S.C. §§ 3729 *et. seq.*, in the amount of $10,328 exclusive of interest and costs. Under the False Claims Act, the United States is entitled to treble damages upon entry of judgment. On February 27, 2002, the United States filed an amended complaint adding defendant Brandy Turner alleging that the defendants violated the False Claims Act by submitting false information to the United States Department of Education to obtain financial assistance to attend college between 1995 and 2000.

9

2. The defendants Stanley and Gail Turner were served with a summons and copy of the complaint on November 26, 2001 (Exhibit 1) and Brandy Turner was served with a copy of the complaint and summons on April 4, 2002. Exhibit 2.

3. During the last several months, defendant Brandy Turner has indicated repeatedly that she intends to settle this matter. The United States has provided her with the appropriate documents to facilitate settlement. However, defendant Brandy Turner has failed to return the documents and has otherwise ignored her obligation to the court to either settle this matter of answer the complaint despite several extensions by the court. Exhibit 3.

4. To date, defendants have not responded to the complaint. The court should therefore enter an order defaulting defendant Brandy Turner, entering judgment in favor of the United States, and dismissing the complaint without prejudice against Stanley and Gail Turner.

5. The affidavit of Special Agent Skoniezcny is attached as Exhibit 4 which sets forth the United States' single damages in the amount of $10,328 and treble damages in the amount of $30,984.

WHEREFORE, the United States of America requests entry of a default judgment against Brandy Turner in the amount of $30,984 as she failed to respond to the complaint. A draft default judgment accompanies this motion.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                            By: /s/
                                            KURT N. LINDLAND
                                            Assistant United States Attorney
                                            219 South Dearborn Street
                                            Chicago, Illinois 60604
                                            (312) 353-4163

SEE CASE FILE FOR EXHIBITS